**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

MOM'S, INC.; JOHN ROBERT
COLAPRETE; THEODORE MAZUR BONK;
EDY MILLER; JENNIFER MARIE
MILLER, a minor who sues by Edy
Miller, her parent and next friend;
RICHARD SCOTT MILLER, II, a minor
who sues by Edy Miller, his parent
and next friend; RICHARD SCOTT
MILLER,
Plaintiffs-Appellees,

v.

JUDITH WEBER; CLYDE SANTANA; BOB
DUNFORD; DAVE ALTMAN; DARYL
WARE; JAMES EDWARDS; ROGER
WARREN; DAVID HUFF; CRAIG
CARMEN; JOYCE SUTTON; LEON

No. 96-2769

COLEMAN; DAVID LIBENGOOD; BOBBY
BASS, individually and as Special
Agents for the Department of
Alcoholic Beverage Control of
Virginia,
Defendants-Appellants,

and

GEORGE OVERSTREET, individually
and as Police Officer of the City of
Norfolk Police Department, Norfolk,
Virginia; CAROL E. WILLMAN,
individually and as Special Agent
for the Internal Revenue Service,
Norfolk, Virginia; THE CITY OF
VIRGINIA BEACH; CITY OF NORFOLK;
UNKNOWN FEDERAL AGENTS;

UNKNOWN STATE AGENTS; UNKNOWN CITY OF VIRGINIA BEACH AGENTS; UNKNOWN CITY OF NORFOLK AGENTS; CHERYL L. KAST, individually and as Group Manager for the Internal Revenue Service; JOHN C. MCDOUGAL, individually and as Special Litigation Assistant for the Internal Revenue Service; ROBERT E. BURGESS, individually and as Special Agent for the Internal Revenue Service; ARLENE T. CAMPSEN, individually and as Special Agent for the Internal Revenue Service; TIMOTHY DARUK, individually and as Special Agent for the Internal Revenue Service; MICHAEL E. DUNLOW, individually and as Special Agent for the Internal Revenue Service; DONNA L. EASON, individually and as Tax Fraud Investigative Aide for the Internal Revenue Service; JOHN BRINK, individually and as Special Agent for the Internal Revenue Service,
Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.
J. Calvitt Clarke, Jr., Senior District Judge.
(CA-96-246)

Argued: June 6, 1997

Decided: October 14, 1998

2

Before RUSSELL,* WIDENER, and WILKINS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

**COUNSEL**

**ARGUED:** John Patrick Griffin, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL, Richmond, Virginia, for Appellants. Robert John Haddad, SHUTTLEWORTH, RULOFF & GIORDANO, P.C., Virginia Beach, Virginia, for Appellees. **ON BRIEF:** James S. Gilmore, III, Attorney General, OFFICE OF THE ATTORNEY GENERAL, Richmond, Virginia, for Appellants. Beverly A. Rebar, SHUTTLEWORTH, RULOFF & GIORDANO, P.C., Virginia Beach, Virginia; James C. Breeden, HUBBARD, BREEDEN & TERRY, Irvington, Virginia; Alan W. Clark, Chassell, Missouri, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Mom's, Inc.**1** brought this action claiming that a number of individ-

_____

*Judge Russell heard oral argument in this case but died prior to the time the decision was filed. The decision is filed by a quorum of the panel. See 28 U.S.C.A. § 46(d) (West 1993).

**1** Plaintiffs are Mom's, Inc.; John Robert Colaprete; Theodore Mazur Bonk; Edy Miller; Jennifer Marie Miller; Richard Scott Miller, II; and Richard Scott Miller. For ease of reference, we refer to Plaintiffs collectively as "Mom's, Inc."

uals employed by the Virginia Department of Alcohol Beverage Control (ABC)**2** and employees of the Internal Revenue Service violated its constitutional rights under the Fourth, Fifth, and Fourteenth Amendments and violated various state laws in connection with obtaining and executing a search warrant in April 1994. The ABC agents filed a motion to dismiss, arguing that the action was barred by the Tax Injunction Act, see 28 U.S.C.A.§ 1341 (West 1993), and the principles of comity affirmed in Fair Assessment in Real Estate Ass'n v. McNary, 454 U.S. 100 (1981). The district court disagreed, see Mom's, Inc. v. Weber, 951 F. Supp. 92 (E.D. Va. 1996), and the ABC agents sought review of the ruling in this court. We conclude that we lack appellate jurisdiction to consider this matter because the order of the district court is not a final order, see 28 U.S.C.A. § 1291 (West 1993); is not an appealable interlocutory order, see 28 U.S.C.A. § 1292 (West 1993 & Supp. 1998); and is not an appealable collateral order, see Cohen v. Beneficial Indus. Loan Corp. , 337 U.S. 541, 545-47 (1949). Accordingly, we dismiss.

DISMISSED

_____

**2** The appealing ABC agents are Judith Weber, Clyde Santana, Bob Dunford, Dave Altman, Daryl Ware, James Edwards, Roger Warren, David Huff, Craig Carman, Joyce Sutton, Leon Coleman, David Libengood, and Bobby Bass.